**Dismissed and Memorandum Opinion filed April 9, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00037-CV

---

### HELEN MAYFIELD, Appellant

### V.

### JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION and GRAY COMMUNICATIONS, A CORPORATION, Appellees

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-26159**

---

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal on January 10, 2012, to appeal two orders signed December 13, 2011. The appeal was abated during this court's review of appellant's claim of indigency. *See* Tex. R. App. P. 20.1. According to this court's order issued November 29, 2012, reinstating the appeal, appellant is entitled to proceed on appeal without the advance payment of costs.

The clerk's record has now been filed. According to the record, appellant seeks to appeal an order granting the motion for summary judgment filed by appellees Steve Fullhart and KBTX-TV. Appellant also seeks to appeal an order denying her counter-motion for summary judgment. Our record does not contain any documentation concerning resolution of the claims against the other defendant named in the suit, John Cuoco. The trial court's docket sheet included in the record indicates that the case has been set for trial. Therefore, it appears that the summary judgment in favor of the media defendants, even though denominated as final, is interlocutory.

Generally, appeals may be taken only from final judgments. *Ogletree v. Matthews*, 262 S.W.3d 316, 319 n. 1 (Tex.2006). Interlocutory orders are not appealable unless explicitly made so by statute. *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998). We strictly construe statutes granting this court jurisdiction over interlocutory appeals. *See Am. Online, Inc. v. Williams*, 958 S.W.2d 268, 271 (Tex. App.—Houston [14th Dist.] 1997, no pet.).

A media defendant may appeal an interlocutory order denying a motion for summary judgment raising a free speech defense. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(6). In this case, the media defendants' motion for summary judgment was *granted.* The order denying appellant's counter-motion for summary judgment is not an appealable interlocutory order. *See Kaufman v. Islamic Soc. of Arlington*, 291 S.W.3d 130, 137 (Tex. App.—Fort Worth 2009, pet. denied).

Accordingly, the court notified appellant that the appeal was subject to dismissal for want of jurisdiction unless a response demonstrating that this court has jurisdiction was filed within fifteen days. More than thirty days have passed, and no response has been filed.

We order the appeal dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.